# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD FRANK ROA, JR.<br><br>　　　　　Defendant. | Case No.  3:18-cr-00059-LRH-WGC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for RICHARD FRANK ROA, JR., Nicholas A. Trutanich, United States Attorney, and PENELOPE JO BRADY, Assistant United States Attorney, counsel for the United States of America, that the that the Sentencing hearing set for June 2, 2020, at 1:30 PM, be vacated and continued to July 13, 2020, at 2:30 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.      This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Roa.

2.      The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3.      Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4.      Mr. Roa is on detained and agrees to the continuance. Specifically, Mr. Roa was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5.      This is the first request for continuance of the sentencing hearing.

DATED this 7th day of April, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Kate Berry*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Richard Frank Roa, Jr. | */s/ Penelope Jo Brady*<br>By:_____<br>PENELOPE JO BRADY<br>Assistant United States Attorney<br>Counsel for United States |

**<u>ORDER</u>**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for June 2, 2020, at 1:30 PM, be vacated and continued to **July 13, 2020, at 2:30 PM**, in Reno Courtroom 3 before District Judge Larry R. Hicks.

DATED this 8th date of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE