**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD FRANK ROA, JR.,<br><br>　　　　Defendant. | Case No. 3:18-cr-00059-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for RICHARD FRANK ROA, JR. and United States Attorney JASON M. FRIERSON, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for July 8, 2024, at 11:00 AM, be vacated and continued to July 29, 2024 at 2:00 PM.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 27th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for RICHARD FRANK ROA, JR. | By */s/ Penelope Brady*<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for July 8, 2024, at 11:00 AM, is vacated and continued to July 29, 2024 at 2:00 PM.

DATED this 28th day of June, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE